IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FELIPE HERNANDEZ MOLINA<br><br>　　　　　　　Defendant. | 8:19CR390<br><br>ORDER |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [22]. The seek additional time to finalize the plea agreement. For good cause shown,

　　**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [22] is granted, as follows:

1. The jury trial, now set for February 11, 2020, is continued to **March 24, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 24, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　Dated this 10th day of February 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　United States Magistrate Judge