IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR390 |
| vs. | |
| FELIPE HERNANDEZ MOLINA, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Michael F. Maloney to withdraw as counsel for the defendant, Felipe Hernandez Molina (Filing No. 30). Donald L. Schense has filed an entry of appearance as retained counsel for Felipe Hernandez Molina. Therefore, Michael F. Maloney's motion to withdraw (Filing No. 30) will be granted.

Michael F. Maloney shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Maloney which are material to Felipe Hernandez Molina's defense.

The clerk shall provide a copy of this order to Donald L. Schense.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge